## UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Case No. 13-52576-cag |
| § | | |
| Leroy Ramirez § | | Chapter 13 |
| Erika Ramirez § | | |
| § | | |
| DEBTOR § | | Judge: Craig A. Gargotta |

### NOTICE OF DEBTORS' SCHEDULE COMPLETION: AMENDED SCHEDULES AND SUMMARY AFTER CONVERSION, *DOCKET NO. 10*

Please take notice that on October 15, 2013, Debtors filed Schedule Completion: Amended Schedules and Summary After Conversion, Amended Statement of Financial Affairs, Debtor's Statement of Intention, Disclosure of Compensation of Attorney for Debtors, Statement of Current Monthly Income and Means-Test Calculation - Chapter 7, Amended Petition (Amendment(s): Adding Name Variation), Amended List of Creditors for Converted Case, *Docket No. 10*.

DATE: October 17, 2013        /s/Joris Robert Vanhemelrijck
                                             Joris Robert Vanhemelrijck (24056468)
                                             *VANHEMELRIJCK LAW OFFICES, LP.*
                                             1100 N.W. Loop 410, Ste.215
                                             San Antonio, TX 78213
                                             Ph: (210) 804-1529
                                             Fax: (866)-830-3521
                                             Joris@vanlaws.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was served via ordinary mail and/or electronically upon the following interested parties on this day.

DATE: October 17, 2013.        /s/ Joris Robert Vanhemelrijck
                                             Joris Robert Vanhemelrijck (24056468)
                                             Attorney for Debtor
                                             *VANHEMELRIJCK LAW OFFICES, LP.*
                                             1100 N.W. Loop 410, Suite 215
                                             San Antonio, TX 78213
                                             Ph: (210) 804-1529
                                             Fax: (866)-830-3521
                                             Joris@vanlaws.com

**John Patrick Lowe**
318 E Nopal
Uvalde, TX 78801
(830) 278-4471

United States Trustee – SA12
US Trustee's Office
615 E Houston, Ste 533
PO Box 1539
San Antonio, TX 78295-1539

1 Fbsd
First Financial Bank USA
Po Box 1200
North Sioux City, SD 57049-1200

AT& T
Attn:Bankruptcy Dept
5407 Andrews Highway
Midland, TX 79706-2851

Aaron Sales & Lease Ow
1015 Cobb Place Blvd Nw
Kennesaw, GA 30144-3672

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Asset Acceptance
Attn: Bankrupcy Dept
Po Box 2036
Warren, MI 48090-2036




BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238




Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062-5170




Bee County Tax Assessor
411 E Houston St
Beeville, TX 78102-4938




Bexar County
c/o Donald P. Stecker
Linebarger Goggan Blair & Sampson, LLP
711 Navaro, Suite 300

San Antonio, TX 78205-1749




Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Centerpoint Energy
Attn: Bankruptcy Department
Po Box 1700
Houston, TX 77251-1700

Citi Auto/Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Ft. Worth, TX 76161-0244

Citibank
Attn: Citicorp Credit Services,
7920 NW 110th Street
Kansas City, MO 64153-1270

City of San Antonio
621 N Alamo
San Antonio TX 78215-1836

Corpus Christi S P Cu
1120 N Tancahua St
Corpus Christi, TX 78401-1408

Credit Management LP
Attention: Bankruptcy Dept
Po Box 118288
Carrollton, TX 75011-8288

DELL FINANCIAL SERVICES  
P O BOX 81577  
AUSTIN TX 78708-1577

Dept Of Education/neln  
121 S 13th St  
Lincoln, NE 68508-1904

DIRECTV LLC  
ATTN BANKRUPTCIES  
PO BOX 6550  
GREENWOOD VILLAGE CO 80155-6550

DISCOVER FINANCIAL SERVICES LLC  
PO BOX 3025  
NEW ALBANY OH 43054-3025

Eos Cca  
19 Prince St  
Rochester, NY 14607-1405

Eos Cca  
700 Longwater Dr  
Norwell, MA 02061-1624

Express/Comenity Bank  
Attention: Bankruptcy Dept  
Po Box 182686  
Columbus, OH 43218-2686

FIA Card Services
P.O. Box 15026
Wilmington, DE 19850-5026

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

GE Capital Retail Bank
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gecrb/gap
Po Box 965005
Orlando, FL 32896-5005

HSBC
P.O. Box 2013
Buffalo, NY 14240-2013

Hsbc Bank
Pob 98706
Las Vegas, NV 89193-8706

Hsbc/bstby
Po Box 30253
Salt Lake City, UT 84130-0253

Lacks Furniture
1600 Ne Loop 410 Suite 112
San Antonio, TX 78209-1612

Law Offices of Regent & Associates
2650 Fountain View Dr, Ste 233
Houston, TX 77057-7669

Monterey Financial Svc
Po Box 5199
Oceanside, CA 92052-5199

Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773-9500

Santander Consumer USA
Po Box 560284
Dallas, TX 75356-0284

Seterus Inc
14523 Sw Millikan Way St

Beaverton, OR 97005-2352


Stephan C Caspers
12451 Starcrest Drive, Ste 100
San Antonio, TX 78216-2988


T-Mobile
Bankruptcy Team
PO Box 53410
Bellevue WA 98015-3410


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528


Texas Workforce Commission
101 E 15th Room 370
Austin, TX 78701-1442


TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026


Txu Electric/TXU Energy
Attention: Bankruptcy
Po Box 650393
Dallas, TX 75265-0393

Usa Servicing Company
11100 Usa Pkwy
Fishers, IN 46037-9203

Victoria's Secret
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Womans Hospital of Texas
7600 Fannin St
Houston, TX 77054-1906